**CARDENAS IMMIGRATION LAW LLC**
264 Union Boulevard, Suite 205 | Totowa, New Jersey 07512

September 8, 2026

**VIA ECF**

Honorable Esther Salas, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** *Maria Jose Yandun Avila v. Luis Soto, et al.*
**Civil Action No. 2:26-cv-10178 (ES)**

Dear Judge Salas:

Petitioner Maria Jose Yandun Avila, by and through undersigned counsel, respectfully submits this consent request for a brief extension of time to file her reply in further support of the Petition for a Writ of Habeas Corpus. Pursuant to the Court's August 17, 2026 Text Order, Petitioner's reply is presently due September 8, 2026. Petitioner respectfully requests that the deadline be extended through September 14, 2026.

Good cause exists for the requested extension. Respondents filed their Answer and the accompanying administrative record on August 31, 2026. The additional time is necessary to permit undersigned counsel to complete a careful review of those submissions and to prepare a reply that fully addresses the relevant factual and legal issues. Counsel for Respondents has advised that Respondents consent to the requested extension.

This is Petitioner's first request for an extension of the reply deadline. The request is made in good faith and not for purposes of delay. In light of Respondents' consent and the limited duration of the requested extension, no party will be prejudiced, and no other deadline or scheduled proceeding will be affected.

Accordingly, Petitioner respectfully requests that the Court grant this consent request and extend the deadline to file her reply through September 14, 2026.

Respectfully submitted,

By: */s/ Veronica Cardenas*
Veronica Cardenas, Esq.

Counsel for Petitioner

cc: All counsel of record via ECF

**SO ORDERED.**

______________________________
**Hon. Esther Salas, U.S.D.J.**
**Date: September 9, 2026**